RECEIVED IN
COURT OF CRIMINAL APPEALS
1 of 3

JAN 09 2015

Abel Acosta, Clerk

IN THE COURT
OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| DAMON KENDRICK DOVE | § | Tr. Ct. No. 12-DCR-061181A |
| | § | |
| VS. | § | COA Case No. 14-13-00686-CR |
| | § | |
| THE STATE OF TEXAS | § | COCA Case NO. PD-1573-14 |

**APPELLANT'S NOTICE AND OBJECTION TO THE COURT OF CRIMINAL APPEALS REGARDING INCOMPLETE AND INACCURATE REPORTER'S RECORD**

FILED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS JUSTICES:

COMES NOW, DAMON KENDRICK DOVE, pro-se, in the above styled and numbered cause to give notice and his objection to the Court Reporter's record, because the Record is both inaccurate and incomplete at volume-4,Pg.31-32, where the trial attorney attempts to make his offer of proof to the Court.

The conversation that occurred between the Trial Court Judge and defense counsel is hard to decipher, therefore, appellant is requesting that the Court Reporter, (Mindy Hall, No. CSR-8107) pull the audio of RR-Volume 4,Pg.31-32, and accurately transcribe a true, correct, and complete copy of the conversation that took place during the trial proceedings.

Appellant wants this Honorable Court to be aware and understand that Appellant can not properly appeal his conviction with these missing, lost, or destroyed inaccurate, incomplete pages, in conjunction with the record are essential to the assessment of the appeal process. See: T.R.A.P. 34.6(e)(2). The Court Reporter breached her fifuciary duties by submitting an inaccurate, incomplete records to appeal attorney, in his attempt to file a brief on Appellant's behalf, to which I object, and I respectfully hereby request a hearing to redress the above and foregoing issues stated above.

In addition, since the Reporter's record is inaccurate and incomplete with missportions of the record, specifically the conversation between the Trial Court Judge

and trial attorney, the appeal brief that was filed and submitted by appeal attorney (michael Elliot) causes appellant counsel to be ineffective by default and omission because the appellate brief was filed and submitted in the Court of Appeals based on an inaccurate and incomplete trial court reporter's record, violating Texas Rules of Appellate Procedure, and Appellant's Due Process rights.

Respectfully Submitted;

Damon Kendrick Dove, Pro-se
TDCJ No. 1880020
O.B. Ellis Unit
1697 F M 980
Huntsville, Texas 77343

## VERIFICATION OF PLEADING

I, Damon Kendrick Dove, TDCJ-No. 1880020, presently incarcerated in the Texas Department of Criminal Justice, in Walker County, Texas, at the O.B. Ellis Unit, do hereby vberify under penalty of perjury that the foregoing statements are true and correct, and I have personal knowkedge of the same on that the _6th_ day of __January__, 2015. Pursuant to Civil Practice Remedies Code Section 132.001 thru 132.003.

Respectfully Submitted,


Damon Kendrick Dove,    Pro-se
TDCJ-No. 1880020
O.B. Ellis Unit
1697 F M 980
Huntsville, Texas 77343